1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHARLES  GARRETT

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 1:11-cr-00390 LJO-1
                                       )
12                Plaintiff,           )
                                       )   STIPULATION TO CONTINUE
13      v.                             )   STATUS CONFERENCE;  ORDER THEREON
                                       )
14  CHARLES GARRETT,                   )   Date:   April 16, 2012
                                       )   Time:   8:30 a.m.
15                Defendant.           )   Dept :  Hon. Lawrence J. O'Neill
    _____)

16

17
         IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective
18
    attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled
19
    for March 19, 2012, at 8:30 a.m., **may be continued to April 16, 2012 at 8:30 a.m.**
20
         New defense counsel requests this extension to allow time to become familiar with the case.  The
21
    requested continuance will conserve time and resources for all parties and the Court.
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
         The parties agree that the delay resulting from the continuance shall be excluded in the interests of
    Garrett — Stipulation to Continue
    Status Conference and Order Thereon

justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: March 15, 2012        By:   /s/ Kimberly Sanchez
                                                 KIMBERLY SANCHEZ
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                                 DANIEL J. BRODERICK
                                                 Federal Defender

DATED: March 15, 2012        By:   /s/ Jeremy S. Kroger
                                                 JEREMY S. KROGER
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Charles Garrett

# O R D E R

**Good cause exists to continue as requested.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 15, 2012**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE